UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:07-CR-00039-JLQ |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| HOWARD AWAND, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the unopposed Motion of the Defendant filed this date, the four (4) month custody sentence imposed by the undersigned on Howard Awand, shall be served immediately with retroactive credit to August 30, 2010.

The Clerk shall enter this Order and furnish copies to counsel, the United States Probation office, and the United States Bureau of Prisons.

Dated this 17th day of September, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1